```
                                        SOUTHERN DISTRICT OF FLORIDA
                                        PROCEEDING UNDER CHAPTER 13
                                        CASE NO. 05-10138-BKC-AJC

IN RE:

PETER JAMES STEPHENS




          Debtor(s).

                    FINAL REPORT OF ESTATE BY TRUSTEE

          COMES NOW the Trustee and files the Final Report of Estate by
Trustee:

     1.  $    8,017.93  GROSS CASH RECEIPTS(Do not complete below if
                        amount is zero.)

------------------------------------------------------------------------

                            FEES AND EXPENSES

$       327.41   2.  Trustee Compensation (If trustee received compensation
                       under more than one chapter
         $              $               $               $              )
                     Ch. 7      Ch. 9 or 11      Ch. 12         Ch. 13
$                3.  Fee for Attorney for Trustee
$       408.23   4.  Fee for Attorney for Debtor
$                5.  Other Professionals
$          .00   6.  ALL expenses, including trustee's

                              DISTRIBUTIONS

$     5,217.29   7.  Secured Creditors
$          .00   8.  Priority Creditors
$          .00   9.  Unsecured Creditors
$               10.  Equity Security Holders
$               11.  Other payments, except payments to Debtor
$     5,952.93  12.  Subtotal (Sum of lines 2 through 11)
                13.  Amount of line 12 distributed by:
                       $              Chapter 7, 9, or 11 Trustee(s)
                       $              Chapter 12 or 13 Trustee(s)
$     2,065.00  14.  Payments to Debtor
$     8,017.93  15.  TOTAL DISBURSEMENTS (sum of line 12 and line 14)

                              CLAIMS ALLOWED

$               16.  Total of Secured Claims Allowed (if line 7 is zero,
                       do not complete.)
$               17.  Total of Priority Claims Allowed (if line 8 is zero,
                       do not complete.)
$               18.  Total of Unsecured Claims Allowed (if line 9 is zero,
                       do not complete.)
DISMISSED May 17, 2005
```

WHEREFORE, YOUR TRUSTEE SHOWS THIS COURT THAT THE ESTATE HAS BEEN PROPERLY AND FULLY ADMINISTERED IN ACCORDANCE WITH THE REQUIREMENTS OF THE BANKRUPTCY CODE AND RULES, AND THE ESTATE IS READY FOR CLOSING, AND PRAYS THAT A FINAL DECREE OR ORDER DISCHARGING THE TRUSTEE BE ENTERED, CLOSING THE ESTATE, AND GRANTING SUCH OTHER AND FURTHER RELIEF AS THE COURT MAY DEEM JUST AND PROPER.

DATED: Jan 10, 2006                                     _____
                                                        NANCY N. HERKERT, TRUSTEE

CASE NO. 05-10138-BKC-AJC  PETER JAMES STEPHENS

## LEDGER

|            |         |                            |      | TRANS. AMOUNT | BALANCE  |
|------------|---------|----------------------------|------|---------------|----------|
| 02/18/05   |         | STEPHENS                   |      | 300.00        | 300.00   |
| 02/18/05   |         | STEPHENS                   |      | 450.00        | 750.00   |
| 02/18/05   |         | STEPHENS                   |      | 450.00        | 1,200.00 |
| 03/14/05   |         | STEPHENS                   |      | 284.31        | 1,484.31 |
| 03/14/05   |         | STEPHENS                   |      | 500.00        | 1,984.31 |
| 04/06/05   |         | STEPHENS                   |      | 54.31         | 2,038.62 |
| 04/06/05   |         | STEPHENS                   |      | 300.00        | 2,338.62 |
| 04/06/05   |         | STEPHENS                   |      | 300.00        | 2,638.62 |
| 04/06/05   |         | STEPHENS                   |      | 330.00        | 2,968.62 |
| 04/06/05   |         | STEPHENS                   |      | 500.00        | 3,468.62 |
| 04/06/05   |         | STEPHENS                   |      | 500.00        | 3,968.62 |
| 05/03/05   |         | STEPHENS                   |      | 484.31        | 4,452.93 |
| 05/03/05   |         | STEPHENS                   |      | 500.00        | 4,952.93 |
| 05/03/05   |         | STEPHENS                   |      | 500.00        | 5,452.93 |
| 05/03/05   |         | STEPHENS                   |      | 500.00        | 5,952.93 |
| 05/27/05   |         | STEPHENS                   |      | 65.00         | 6,017.93 |
| 05/27/05   |         | STEPHENS                   |      | 500.00        | 6,517.93 |
| 05/27/05   |         | STEPHENS                   |      | 500.00        | 7,017.93 |
| 05/27/05   |         | STEPHENS                   |      | 500.00        | 7,517.93 |
| 05/27/05   |         | STEPHENS                   |      | 500.00        | 8,017.93 |
| 09/13/05   | 0341537 |                            | 0000 | <8,017.93>    | .00      |
| 09/24/05   | 0341537 |                            | 0000 | <8,017.93->   | 8,017.93 |
| 09/24/05   | 0934087 |                            | 0000 | <2,065.00>    | 5,952.93 |
| 09/24/05   | 0934091 | MARY JO RIVERO, ESQUIRE    | 0000 | <408.23>      | 5,544.70 |
| 09/24/05   | 0934098 | NANCY N. HERKERT, TRUSTEE  | 0000 | <327.41>      | 5,217.29 |
| 09/24/05   | 0934101 | EMC MORTGAGE CORPORATION   | 0003 | <1,387.71>    | 3,829.58 |
| 09/24/05   | 0934102 | EMC MORTGAGE CORPORATION   | 0004 | <118.81>      | 3,710.77 |
| 09/24/05   | 0934103 | COUNTRYWIDE HOME LOANS     | 0001 | <3,556.67>    | 154.10   |
| 09/24/05   | 0934104 | COUNTRYWIDE HOME LOANS     | 0002 | <154.10>      | .00      |

                                             -------------
                          CURRENT BALANCE:              .00