**CGFD33** (10/17/05)



**ORDERED in the Southern District of Florida on March 7, 2006**

*A. Jay Cristol*
**A. Jay Cristol**
United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov
### Division: Miami

Case Number: 05−10138−AJC
Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*

Peter James Stephens
aka Peter Stephens
1715 W 62 St
Hialeah, FL 33012

SSN: xxx−xx−2329

*CLERK*
*USBC*
*SDFL*
***FILED***
***3/7/06***

# ORDER DISCHARGING TRUSTEE AND CLOSING CASE

An order dismissing the above−named case has been entered. The trustee, Nancy N Herkert, having filed a final report, is discharged and this case is closed.

### # # #

Copies to:  Debtor
            Attorney for Debtor
            Tustee